

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2014

No. 04-14-00720-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF N.D.,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2014-MH-3263
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

Appellant's first motion for extension of time to file brief is hereby GRANTED. Time is extended to January 5, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court